**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-1117**

―――――――――

VICKI H. DROBNIS,

                              Petitioner - Appellant,

        versus

LYNDON P. CHAPPELL,

                              Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District
Judge.   (MC-99-229-3-10)

―――――――――

Submitted:  April 27, 2000          Decided:  May 4, 2000

―――――――――

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Vicki H. Drobnis, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vicki H. Drobnis appeals the district court's order denying her petition for writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Drobnis v. Chappell</u>, No. MC-99-229-3-10 (D.S.C. Jan. 13, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on January 12, 2000, the district court's records show it was entered on the docket sheet on January 13, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.3d 1232, 1234-35 (4th Cir. 1986).

2